*David A. Hill, Jr.*, in support of the petition.

*Vincent F. Sabatini*, in opposition.

Decided October 22, 1997

### STATE OF CONNECTICUT *v.* TEVFIK SIVRI

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 578 (AC 16346), is denied.

KATZ and PALMER, Js., did not participate in the consideration or decision of this petition.

*Pamela S. Nagy*, assistant public defender, in support of the petition.

*Frederick W. Fawcett*, assistant state's attorney, in opposition.

Decided October 22, 1997

### TERRANCE J. O'BRIEN ET AL. *v.* DEREK JOHN COBURN

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 620 (AC 16663) is denied.

*Michael F. Dowley*, in support of the petition.

Decided October 22, 1997

### CHARLES NICHOLS *v.* THE LIGHTHOUSE RESTAURANT, INC., ET AL.

The intervening plaintiff Henkels & McCoy's petition for certification for appeal from the Appellate Court,